Brandon **ROBERTS**, Plaintiff–Appellant,

and

**Randy Golden; Augustus Woodard; John Artis, Plaintiffs,**

v.

**Bobby P. SHEARIN, Warden, Defendant–Appellee.**

**No. 14–7014.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Jan. 8, 2015.

Brandon Roberts, Appellant Pro Se.

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Roberts seeks to appeal the district court's order denying his motion for discovery in this action filed under 42 U.S.C. § 1983 (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Roberts seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*